UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRANCE F. SMITH,<br><br>                    Plaintiff,<br><br>    v.<br><br>PIERCE COUNTY, et al.,<br><br>                    Defendants. | CASE NO. C17-5235BHS-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 16. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Plaintiff's motion for judgment on the pleadings (Dkt. 9) is denied without prejudice. The Court grants plaintiff additional time to file a response to defendants' motion to dismiss (Dkt. 5), which has now been filed.

Dated this 10th day of July, 2017.

BENJAMIN H. SETTLE
United States District Judge

ORDER